**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 1:07-M-42A** |
| | : | |
| | : | |
| **SOUVANH KEOSOUVANH** | : | |
| | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

The defendant Souvanh Keosouvanh by and through his attorney, Mary S. McElroy, Esq., Assistant Federal Defender and the United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, move the Court to exclude the period August 16, 2007 through September 13, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the defendant and the government state as follows:

On June 29, 2007, the Court issued an order excluding the period July 4, 2007 through August 15, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), so as to permit the parties to continue to engage in plea negotiations. The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the

charges filed by complaint in this matter, thereby conserving judicial resources. These plea negotiations, however, are not yet complete, because, *inter alia*, defense counsel is still in the process of reviewing and evaluating the voluminous recordings made in connection with this case, and discussing those recordings and their implications with the defendant. Defense counsel has experienced some technical difficulties with the recordings. Such difficulties have recently been resolved.

The parties therefore request that a short period of additional time, August 16, 2007 through September 13, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the possibility of a plea may be fully explored and judicial resources potentially conserved.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

Respectfully submitted,

Souvanh Keosouvanh

By his Attorney,

/s/ Mary S.McElroy
Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
Tele: (401) 528-4281
FAX: (401) 582-4285

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: August 10, 2007